UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN A. McCLEOD,

    Plaintiff,

v.                                           CASE NO.: 8:13-cv-3036-T-23EAJ

A. LEE BENTLEY, III, et al.,

    Defendants.

_____/

**ORDER**

On February 3, 2014, the magistrate judge issued a report (Doc. 8) that recommends the denial of the *pro se* plaintiff's motion to proceed *in forma pauperis* (Doc. 3) and recommends the dismissal of the complaint without prejudice. The plaintiff objects. (Doc. 11)

The plaintiff's objection (Doc. 11) is **OVERRULED**, the report and recommendation (Doc. 8) is **ADOPTED**, the plaintiff's motion (Doc. 3) is **DENIED WITHOUT PREJUDICE**, and the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

No later than **MARCH 14, 2014**, the plaintiff may file (1) an amended motion to proceed *in forma pauperis* and (2) an amended complaint that states a claim and that cures the deficiencies identified by the magistrate judge. **Under Rule 41, Federal**

**Rules of Civil Procedure, the plaintiff's failure to comply strictly with this order will result without further notice in the dismissal of this action. Absent an acute and unforeseen circumstance outside of the plaintiff's control, no extension of time will issue.**

ORDERED in Tampa, Florida, on February 26, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE