UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN A. McCLEOD,

     Plaintiff,

v.                                 CASE NO.: 8:13-cv-3036-T-23TBM

A. LEE BENTLEY, III, et al.,

     Defendants.

_____/

**ORDER**

On August 5, 2014, the magistrate judge issued a report (Doc. 19) that recommends the denial of the *pro se* plaintiff's second motion to proceed *in forma pauperis* (Doc. 17) and that recommends the dismissal of the amended complaint. The plaintiff objects.  (Doc. 20)

The plaintiff's objection (Doc. 20) is **OVERRULED**, the report and recommendation (Doc. 19) is **ADOPTED**, the plaintiff's motion (Doc. 17) is **DENIED**, and the amended complaint (Doc. 16) is **DISMISSED**.  The plaintiff's miscellaneous motions (Docs. 5 and 9) for an *in camera* inspection and for issuance of a subpoena are **DENIED**.

The clerk (1) will terminate any pending motion and (2) will close the case.

ORDERED in Tampa, Florida, on August 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE